*E-Filed: June 24, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRIS L. WINNS,

    Plaintiff,

v.

MERIT SYSTEMS PROTECTION BOARD, et al.,

    Defendants.

Case No. 15-cv-02313-HRL

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Re: Dkt. No. 3

Plaintiff Harris L. Winns was employed as a Sales & Services/Distribution Associate at the U.S. Postal Service. His employment was terminated in October 2014. Plaintiff filed an appeal challenging his termination, which an administrative law judge dismissed for lack of jurisdiction. Plaintiff filed a petition for review, and the United States Merit Systems Protection Board affirmed the initial decision issued by the administrative law judge. Plaintiff, proceeding pro se, now sues the Merit Systems Protection Board, Megan Brennan (Postmaster General), and the U.S. Postal Service, challenging the final order issued by the Merit Systems Protection Board. Plaintiff has filed a motion to appoint counsel.

A district court may appoint counsel "[u]pon application by the complainant and in such circumstances as the court may deem just." 42 U.S.C. § 2000e-5(f)(1)(B). "Three factors are relevant to a trial court's determination of whether to appoint counsel: (1) the plaintiff's financial resources; (2) the efforts made by the plaintiff to secure counsel on his or her own; and (3) the merit of the plaintiff's claim." *Johnson v. U.S. Treasury Dep't*, 27 F.3d 415, 416–17 (9th Cir.

1   1994) (quotation omitted).

2        In his motion, Plaintiff does not indicate that he has made any effort to retain any private
3   attorney to handle his claim.  In addition, although the court refrains from ruling on the merits of
4   Plaintiff's claim at this time, Plaintiff has not shown that the potential merit of his claim warrants
5   the appointment of counsel.  Accordingly, the second and third factors in *Johnson* weigh against
6   appointing counsel.  The motion to appoint counsel is denied without prejudice.

7   **IT IS SO ORDERED.**

8   Dated: June 24, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

2